IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERRICK CHARLESTON,

    Petitioner,

v.                                                         4:20cv238–WS/MAF

STATE OF FLORIDA,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 12) docketed July 21, 2020. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus (ECF No. 11) be dismissed for lack of jurisdiction. The petitioner has filed no objections to the report and recommendation.

    Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 12) is

hereby ADOPTED and incorporated by reference into this order.

    2. The petitioner's "Petition for Injunction for Protection Against Repeat Violence" (ECF No. 10) is DENIED.

    3. The petitioner's amended petition for writ of habeas corpus (ECF No. 11) is DISMISSED FOR LACK OF JURISDICTION.

    4. The clerk shall enter judgment stating: "Petitioner's amended petition for writ of habeas corpus is dismissed."

    5. A certificate of appealability is DENIED.

    6. Leave to appeal in forma pauperis is DENIED.

    DONE AND ORDERED this   26th   day of   August  , 2020.


                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE